UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROBERT SIMON, | |
|---|---|
| Plaintiff, | 19-CV-10627 (CM) |
| -against- | CIVIL JUDGMENT |
| NEW YORK COMMON PANTRY, et al., | |
| Defendants. | |

Pursuant to the order issued January 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 27, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge